IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LORENZO JEROME PATTERSON, | |
| Plaintiff, | CIVIL ACTION NO.: CV615-001 |
| v. | |
| LT. JAVOCKA JOHNSON, | |
| Defendant. | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed (Doc. No. 6). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff leave to appeal in forma pauperis, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

**SO ORDERED**, this 21st day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA